No. 70–62.  Amalgamated Clothing Workers of America, AFL–CIO *v.* Prepmore Apparel, Inc., et al.

801

C. A. 5th Cir. Writ of certiorari dismissed September 15, 1971, pursuant to Rule 60 of the Rules of this Court. [Certiorari granted, 401 U. S. 993.]